Clara Buckley, appellee, v. F. W. Graham et al. F. W. Graham, appellant. Gen. No. 7,476.

Action on promissory note. Motion to open judgment by confession and for leave to plead. Motion overruled. Appeal from the Circuit Court of Grundy county; the Hon. S. C. Stough, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed July 14, 1925.

Cornelius Reardon, for appellant. George W. Huston, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Jerry Stefek, plaintiff in error. Gen. No. 7,455.

Prosecution for violation of liquor law. Defendant convicted. Error to the Circuit Court of McHenry county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed July 14, 1925.

Martin M. Ward and George D. Sullivan, for plaintiff in error. Oscar E. Carlstrom, Attorney General, and Alford H. Pouse, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

Musette Goff, administratrix of the estate of Henry F. Goff, deceased, appellant, v. Chicago, Burlington & Quincy Railroad Company, appellee. Gen. No. 7,505.

Action for wrongful death. Judgment for defendant. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed July 14, 1925.

Roy M. Marsh, R. C. Rice and John H. Lewis, Jr., for appellant. J. A. Connell and Williams, Lawrence, Green & Gale, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Frank Meyers, appellant, v. Delima Brouillette and Kankakee Building & Loan Association. Delima Brouillette, appellee. Gen. No. 7,483.

Bill to foreclose mechanic's lien. Bill dismissed for want of equity. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 20, 1925.

Miller & Streeter, for appellant. John A. Mayhew, for appellee.

Mr. Justice Jett delivered the opinion of the court.